1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JULIO R. ZAYAS,                          No.  2:21-cv-00218 WBS DB P

12                     Plaintiff,

13         v.                                   ORDER

14    NAVARRO,

15                     Defendant.

16

17

18        Plaintiff has requested an extension of time to file a third amended complaint.  (ECF No.

19   16.)  Plaintiff requests the extension of time as he has been unable to perform legal research or

20   meet with his "prisoner assistant" due to prison lock downs.  (Id. at 2.)  This is plaintiff's first

21   request for an extension of time to file a third amended complaint.

22        Good cause appearing, IT IS HEREBY ORDERED that:

23        1.  Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

24        2.  Plaintiff is granted thirty days from the date of this order in which to file a third

25   amended complaint.

26   DATED: November 18, 2022

27
     DB:14
28   DB/DB Prisoner Inbox/Civil Rights/R/zaya0218.36amc(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE