1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIO R. ZAYAS,                              No.  2:21-cv-00218 WBS DB P

12                  Plaintiff,

13          v.                                    ORDER

14   NAVARRO,

15                  Defendant.

16

17

18          Plaintiff has requested an extension of time to file objections to the findings and

19   recommendations filed April 06, 2023.  Good cause appearing, IT IS HEREBY ORDERED that:

20          1.  Plaintiff's motion for an extension of time (ECF No. 20) is granted; and

21          2.  Plaintiff is granted until May 23, 2023, in which to file objections to the findings and

22   recommendations (ECF No. 19).

23   Dated:  April 25, 2023

24

25

26   DLB7
     zaya0218.36obj                           DEBORAH BARNES
27                                             UNITED STATES MAGISTRATE JUDGE

28

                                       1