1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIO R. ZAYAS,                          No.  2:21-cv-00218 WBS DB P

12                  Plaintiff,

13           v.                               ORDER

14   NAVARRO,

15                  Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 6, 2023, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  (ECF No. 19.)  The magistrate judge

23   granted plaintiff's motion for extension of time (ECF No. 20) and authorized plaintiff to file

24   objections to the findings and recommendations on or before May 23, 2023.  (ECF No. 21.)

25   Plaintiff has filed objections to the findings and recommendations.  (ECF No. 22.)

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

28   ////

1

1    court finds the findings and recommendations to be supported by the record and by proper

2    analysis.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.  The findings and recommendations filed April 6, 2023, are adopted in full;

5           2.  This action is dismissed without leave to amend; and

6           3.  The Clerk of the Court is directed to close this case.

7    Dated:  July 3, 2023

8
                                        WILLIAM B. SHUBB
9                                       UNITED STATES DISTRICT JUDGE

10

11   zaya0218.804

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28